# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VAUGHAN & BUSHNELL MANUFACTURING CO., an Illinois corporation ) ) ) ) | |
| Plaintiff, ) ) | |
| ) | Case No. 09 C 668 |
| v. ) ) | |
| ) | Judge Lefkow |
| INFOR GLOBAL SOLUTIONS (MICHIGAN), INC., a Michigan corporation, and INFOR GLOBAL SOLUTIONS, INC., a Delaware Corporation, ) ) ) ) ) ) ) | Magistrate Judge Denlow |
| Defendants. ) | |

## STIPULATED MOTION FOR EXTENSION OF TIME
## TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff Vaughan & Bushnell Manufacturing Co. ("Vaughan & Bushnell") and defendants Infor Global Solutions (Michigan), Inc. and Infor Global Solutions, Inc. (collectively "Infor"), by their undersigned attorneys, jointly bring this motion and stipulate as follows:

1. Vaughan & Bushnell commenced this declaratory judgment action in this Court on February 2, 2009.

2. Infor was served through CT Corp. on February 3, 2009, which currently makes Infor's responsive pleading due on or before February 23, 2009.

3. Vaughan & Bushnell have agreed to a 30-day extension for Infor to answer or otherwise respond to the Complaint. Thus, by the parties' agreement, Infor would file its responsive pleading on or before March 25, 2009.

4.     The parties recognize and agree that this Stipulated Motion shall in no way affect or impair the rights, defenses or objections of any party.

WHEREFORE, the parties respectfully request that the Court grant the parties' *Stipulated Motion For Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Complaint*, and enter proposed order, attached hereto as Exhibit A.

                                        VAUGHAN & BUSHNELL MANUFACTURING CO.

                                        By:  /s Richard M. Assmus
                                              One of its Attorneys

Hugh R. McCombs
Richard M. Assmus
Jonathan H. Kim
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL  60606-4637
(312) 782-0600

                                        INFOR GLOBAL SOLUTIONS (MICHIGAN), INC. and
                                        INFOR GLOBAL SOLUTIONS, INC.

                                        By:  /s Jamenda A. McCoy
                                              One of its Attorneys

Kathryn F. Taylor
Jamenda A. McCoy
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601-6636
(312) 861-2000
(312) 861-2200 (Fax)

Daniel D. Zegura
(Pro Hac Vice Pending)
ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303
(404) 522-4700
(404) 525-2224 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2009, I caused a true and correct copy of the foregoing ***Stipulated Motion For Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Complaint*** to be served electronically via CM/ECF, upon the following counsel of record:

>Hugh R. McCombs
>Richard M. Assmus
>Jonathan H. Kim
>MAYER BROWN LLP
>71 South Wacker Drive
>Chicago, IL 60606-4637
>(312) 782-0600

    /s Jamenda A. McCoy
    Jamenda A. McCoy