**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| VAUGHAN & BUSHNELL MANUFACTURING CO., an Illinois corporation | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 09 C 668 |
| | ) | Judge Lefkow |
| INFOR GLOBAL SOLUTIONS (MICHIGAN), INC., a Michigan corporation, and INFOR GLOBAL SOLUTIONS, INC., a Delaware Corporation, | ) ) ) ) ) ) | Magistrate Judge Denlow |
| Defendants. | ) ) | |

**CORRECTED NOTICE OF MOTION**

TO:    Hugh R. McCombs
       Richard M. Assmus
       Jonathan H. Kim
       MAYER BROWN LLP
       71 South Wacker Drive
       Chicago, IL  60606-4637
       (312) 782-0600

PLEASE TAKE NOTICE that on Tuesday, February 24, 2009, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendants, Infor Global Solutions (Michigan), Inc. and Infor Global Solutions, Inc., shall appear before the Honorable Joan Humphrey Lefkow, or any Judge or Magistrate Judge sitting in her stead, in the courtroom normally occupied by her in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Room 1925, Chicago, Illinois, and shall then present the concurrently

filed ***Stipulated Motion For Extension Of Time To Answer Plaintiff's Complaint*** which was filed with the Court and served on counsel of record on February 19, 2009.

DATED: February 20, 2009            Respectfully submitted,

    /s Jamenda A. McCoy
Kathryn F. Taylor
Jamenda A. McCoy
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200
jmccoy@kirkland.com

Daniel D. Zegura (*Pro Hac Vice* Pending)
ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree Street, NE
Atlanta, Georgia 30303
Telephone: (404) 522-4700
Facsimile: (404) 525-2224
DZegura@rh-law.com

*Attorneys for Defendants Infor Global Solutions (Michigan), Inc. and Infor Global Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2009, I caused a true and correct copy of the foregoing *Corrected Notice Of Motion* to be served electronically via CM/ECF, upon the following counsel of record:

>Hugh R. McCombs
>Richard M. Assmus
>Jonathan H. Kim
>MAYER BROWN LLP
>71 South Wacker Drive
>Chicago, IL 60606-4637
>(312) 782-0600

>/s Jamenda A. McCoy
>Jamenda A. McCoy